Thank you, Your Honor. Mayors and Supervisors, I'd like to reserve three minutes for the public to continue to introduce themselves. Mayors, if you would mind taking the microphone off of the truss before the Court. Mark, you may be on. Mayors, please start. The plaintiff's information statement has faced us with five questions, and I'd like you to address four of those in each of these cases. The first one, the race, is whether or not it worked. Although the case is currently pending, the motion was deferred to you. The answer is yes, the races are standing in their briefs. The briefs are standing in our VHA and our VHA letter. In the Sarver case, the court held that the same statement is compliant. I'm just a little embarrassed that the court intended such a search, and this case, the district court didn't really rely entirely on the time of the lawsuit. And it's fair to say, whilst that were the only problem, you know, that we had here to do some work in a year, it may well otherwise have been. The next question is, what are the options in the Ford case where it's free purchase only by car? So you do those deductions, right? You don't park your car. And the district court said that the race is about speech. It's not about money, it's about experience. So what's wrong with that? The fundamental problem, I think, is that the district court was looking at the principal thrust or the problem of the entire case. In other words, what place in the counselor, after your whole team is, in reviewing the deductions that you make. Right, which is to say, not about speech at all. No, I mean, what you're after is speech overall. And not just in this case, but also in the case of Sarver, because Sarver is broadly speaking, that's the one thing that has changed. Okay. Let me just stop you there for a second, please. Don't you agree that that theory that you're taking deductions that the law doesn't allow you to take is not a theory about speech? No. No, no, no. It's true. It's true. It's true. It's true. It's true. It's true. It's true. It's true. It's true. It's true. You know, $400 from what you're otherwise allowed to use media sources to do that, it's the consequences of that. Oh, I mean, your argument is not, or excuse me, is not being intuitive. Okay. Your response to being under the malware case, if that is the court needs to focus on the acts, the activity, or the content, which seems to be the case. Your argument is that these questions should take the questions that the law already offers, contents that the law already offers, and more money. Right? No. That's not what I heard. No. That's a great explanation. It's a fine, fine explanation. What's interesting is that everything being all in terms of the instructions, the claims, while all of the judgment is on the material, they do have the understanding, content is underlined, there's also the actual business speech, and whether there's communications that are made. I think it's a misstatement, I guess, about all of the questions. But if we accept your theory here, we've already been pushing parties to bypass the discussion phase and the computer summit phase, and go directly to suing under the common law and the martial organization to encourage summit discussion. It seems to me that that whole issue was addressed by the judge in the malware case as well, and, of course, the issue here was the idea that it expands the scope of litigation, not necessarily. I think there's a lot of options for you, Robert. There could be situations where you can increase, like, possibly a copy of a document that's on the website, and what would happen if it wasn't? I think it's important for people to understand, and it makes it important for people to engage in some of these issues. I think some of the things here, where there are multiple cases where, of course, there are things that we have to understand, for example, the two issues, and one of them, seriously, the competitiveness that Graeber has raised in this sphere, is that what's wrong in the entire sphere is what's not. Are you crossing this as an issue to allow statutory appreciation, or was it simply a part of the consumer's thinking, both aimed toward additional harm, such as overcares and increases to the vehicle, or whatever it might be in this case, and that's what you're looking at? Well, as the statute does look at that, you're looking at best alternatives. People also sometimes wonder, do you know some of the resources that are used in this? It turns out that the evidence you're asking includes some smart questions that were directed towards whether this complaint is based on speech or is based on business practices. And, you know, even those allegations of misrepresentations are not necessarily about business practices. I think that's fairly, you know, there's a sense of focus on one. The question of activity, what context is the activity that is best for us to find these key and substantive issues, is the question of encouraging one decision. They were raised when it's in the record in page 602. The 20th District Postal Code case requires that the test record be informed by court that these conditions are required. Correct. It's not in the community of speech. It's in business practices. And, you know, I mean, how can you tell a person that they're going to be for something that they think they are wrong, except for these words, either in or something? Why is it just in business practices and you have nothing to do with it? It's in the community of speech. Well, I think that at least that they grew up in the community of speech. It's just that we find that some challenges in this community increase our ability to find these questions because it's not in the community of speech. It's not in the community of speech. It causes me to wonder from the other side of the case, where were you in the years since that controversial case was introduced? It's not in the community of speech. I'm not sure that's what happened since then. Right. And what I was going to get to is this question of whether the community of speech institution has been put in place to create, as in the earlier case in this court sentence, to current what? I mean, as in the lawsuit, and as in the name of Rhonda, in the study, the funds are always distributed. That's what I'm looking at. I mean, to me, it's all about research practices. But in the case of the fraud claims, in this court sentence, where are all fraud claims found because of the frauds that you use or words? Can you answer that from the side where you're not a user? My understanding would be that most cases would be found because of the frauds that you're talking about. In both cases, do you think the frauds are specific frauds? Yes. Tell us what you use. Is there a specific use? Well, I think that's exactly what these claims, which are fraud claims, are specific practices. They arise from, they arise from the need to advertise in this case those words, those categories, in the community, and in the law. And we're going to charge you more than just moral wear and tear based on the perception formula that the statute directed. The depreciation formula is supposed to be used for things like wear on the steering wheel, which apparently, in one of these cases, the court required the owner of the vehicle to replace the steering wheel because they thought that this is too much wear for the owner of the steering wheel. My understanding, seeing that earlier, is that the owner of the vehicle is supposed to be your policy employee, meaning that you're responsible for the activity that's being charged. And the community, you know, in some of the prospects, that's what they brought up, they could challenge other practices and, for example, the law requires the city to carry an enforceable means by the law and the enforcement that would not be subject to an individual subpoena because that would be based on the activity that's being charged, and it is that you are the person who offers the funding in such and such a statute because in order to address the activity, you have to communicate with the consumer, and therefore, it's personally protected, and that can't be wrong. No, no, I mean, in this particular case, it is because, I mean, let's look at another case where, let's say, a consumer goes to the ATM and they have this discussion, they resolve it, or they don't resolve it, and it's based on having the name and age of someone, C219, and age of someone which wouldn't be appropriate because if you think of a lawsuit under some of these, you know, this one is that Fort Greene's is a union or a law firm, you know, and, well, it would be based, you know, it would be settled under the Education Corporation. I'm not sure I see this situation in your terms, obviously, speaking effectively by a lawyer who wrote a settlement agreement with a friend to shape litigation as a settlement before they settled it, and you're trading in a situation where there's no lawyer, the conglomerate is lost to the dealership that says it's C119 or whatever, and the dealer says, well, you know, I'll take that as an addition to the statute of depreciation. You're going to get 70 meters for $25.30 for a global lawyer there. And it seems to me that that's not the most fortunate component to this. I think there's probably a tendency to be the integration into this litigation if you're trying to come up with a bigger settlement than the deal. So, I think there's a tendency  the integration into this litigation if you're  come up with a bigger settlement than the deal. And I think that's a tendency to be the integration into this litigation if you're trying to come up with a bigger settlement than the deal. So, I think there's      if you're coming up with a bigger settlement than the deal. So, I think there's a tendency to be the integration into this litigation if you're coming up  if you're  with a bigger  than the   I think   is to be        with a bigger settlement than the deal. So, I think to be the integration into this litigation is to be the integration into this legislation to be the integration into this  to be the integration
judges: Graber, Tallman, Edmunds